JS - 6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

AUGUSTO BARROS,

Plaintiff,

v.

BREA MALL EXECUTIVE PLAZA, LLC, and DOES 1 to 20,

Defendants.

CASE NO. SACV13-00369 JVS (ANx)

**JUDGMENT ON JURY VERDICT**

TRIAL DATE: April 29, 2014
DEPT: 10C
JUDGE: Hon. James V. Selna
CASE FILED: Nov. 29, 2012
CASE REMOVED: March 1, 2013

This action came on regularly for trial on April 29, 2014, in Department 10C of the United States District Court, Central District, Southern Division, the Honorable James V. Selna, Judge Presiding; the plaintiff Augusto Barros appearing by attorney Caesar S. Natividad of The Natividad Law Firm, and defendant Simon Property Group, Inc., appearing by attorney Stephen T. Pelletier of the law firm Higgs Fletcher & Mack LLP.

A jury of 8 persons was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments, the jury was instructed by the Court and the case was submitted to jury. The jury deliberated and thereafter, on May 2, 2014, returned into Court with its verdict as follows:

**SPECIAL VERDICT**

We, the jury answer the questions submitted to us as follows:

**QUESTION NO. 1**:

Has Augusto Barros proven by a preponderance of the evidence that Simon Property Group, Inc. was negligent in the use or maintenance of the property?

Yes __X__ No ______

If your answer to Question No. 1 is "Yes", then answer Question No. 2. If you answered "No", stop here, answer no further questions, and have the presiding juror sign and date this form.

**QUESTION NO. 2**:

Has Augusto Barros proven by a preponderance of the evidence that Simon Property Group, Inc.'s negligence was a substantial factor in causing harm to Augusto Barros?

Yes ______ No __X__

If your answer to Question No. 2 is "Yes", then answer Question No. 3. If you answered "No", stop here, answer no further questions, and have the presiding juror sign and date this form.

**QUESTION NO. 3**:

What damages has Augusto Barros proven by a preponderance of the evidence? Do not reduce the damages based on fault, if any, of Augusto Barros.

///

a. **Past Economic Loss**

Medical Expenses $_________________________

Lost Earnings $_________________________

b. **Future Economic Loss** $_________________________

Lost Earnings $_________________________

c. **Past Noneconomic Loss**, including physical pain, mental suffering, physical impairment, and inconvenience. $_________________________

d. **Future Noneconomic Loss**, including physical pain, mental suffering, physical impairment, and inconvenience. $__________________________

If Augusto Barros has proved any damages, then answer Question No. 4. If Augusto Barros has not proved any damages, then stop here, answer no further questions, and have the presiding juror sign and date this form.

**QUESTION NO. 4**:

Has Simon Property Group, Inc. proven by a preponderance of the evidence that Augusto Barros was also negligent?

Yes _______ No _______

If your answer to Question No. 4 is "Yes", then answer Question No. 5. If you answered "No", stop here, answer no further questions, and have the presiding juror sign and date this form.

**QUESTION NO. 5**:

Has Simon Property Group, Inc. proven by a preponderance of the evidence that Augusto Barros' negligence was a substantial factor in causing his harm?

Yes ________ No ________

If your answer to Question No. 5 is "Yes", then answer Question No. 6. If you answered "No", stop here, answer no further questions, and have the presiding juror sign and date this form.

**QUESTION NO. 6**:

What percentage of responsibility for Augusto Barros' harm do you assign to the following?

Simon Property Group, Inc. ___________________________%

Augusto Barros ___________________________%

Total (must add up to 100%) 100%

Signed: ___________________________ Dated:_____________________________
Presiding Juror

///

It appearing by reason of said verdict that defendant Simon Property Group, Inc. is entitled to judgment against plaintiff Augusto Barros on all causes of action,

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that:

Defendant Simon Property Group, Inc. shall have judgment against plaintiff Augusto Barros as to all causes of action, including recovery of statutory costs, if proven.

Dated: May 12, 2014

Hon. James V. Selna
United States District Court Judge

APPROVED AS TO FORM:

Dated: May 8, 2014

THE NATIVIDAD LAW FIRM

By: /s/ *Caesar S. Natividad*
CAESAR S. NATIVIDAD, ESQ.
Attorneys for Plaintiff
Augusto Barros

Dated: May 8, 2014

HIGGS, FLETCHER & MACK LLP

By: /s/ *Stephen T. Pelletier*
STEPHEN T. PELLETIER, ESQ.
Attorneys for Defendant
SIMON PROPERTY GROUP, INC.